United States District Court
District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

May 20, 2025

**LETTER TO COUNSEL**

Re:   *Jacquelyn Chiao,* et al. *v. United Airlines, Inc.*
      Case No. ELH-25-687

Dear Counsel:

As you know, on March 5, 2025, plaintiffs Jacquelyn Chiao, Christine Kim, Adriana Parvanova, and Danielle Simmons filed suit against United Airlines, Inc., alleging race discrimination, in violation of 42 U.S.C. § 1981. ECF 6 ("Complaint"). On April 30, 2025, defendant moved to dismiss the Complaint as to plaintiffs Chiao, Parvanova, and Simmons, pursuant to Fed. R. Civ. P. 12(b)(6). ECF 17. It is supported by a memorandum (ECF 17-1) (collectively, the "Motion").

In general, a response in opposition to a motion shall be filed within fourteen days of service of the motion. Local Rule 105.2(a). As of this date, plaintiffs have not responded to the Motion, and the time to do so has expired. *See* Docket.

Therefore, by June 4, 2025, I ask counsel for plaintiffs to respond to the Motion. Plaintiffs are advised that failure to comply with this Order may result in the dismissal of the case as to plaintiffs Chiao, Parvanova, and Simmons, without prejudice. *See, e.g.*, Fed. R. Civ. P. 41(b).

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge