UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JACQUELYN CHIAO, CHRISTINE KIM, ADRIANA PARVANOVA and DANIELLE SIMMONS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-00687-ELH<br><br>Hon. Ellen Lipton Hollander |

### ELH ~~PROPOSED~~ ORDER

UPON CONSIDERATION of Defendant's Agreed Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint, it is this __26th__ day of __June__, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

　　1.　　Defendant United Airlines, Inc.'s Agreed Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint is **GRANTED**; and

　　2.　　Defendant's deadline to file a response to Plaintiffs' First Amended Complaint is hereby extended up to and including July 10, 2025.

_____
Hon. Ellen Lipton Hollander
District Judge